IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SCOTT SURFACE, | ) |
| Plaintiff | ) ) ) |
| | ) Cause No. 2:05-4341-CV-C-WAK |
| v. | ) |
| | ) State Court Case No. 05BA-CV033647 |
| ELI LILY CO., INC., DR. JOSEPH SPALDING, DR. ANDREW RESNICK, DR. JOHN CLEMENTS, and DR. RICHARD K. BOWERS, | ) ) ) ) ) ) |
| Defendants | ) |

## AFFIDAVIT OF PLAINTIFF'S ATTORNEY

COMES NOW, Todd S. Hageman, attorney for plaintiff herein, and, being duly sworn upon his oath, states:

1. He is the attorney for the plaintiff in this cause.

2. Plaintiff's attorney obtained a written opinion from a board certified physician stating that the care Scott Surface received by Dr. John Clemens was below the standard of care for a reasonably trained and competent physician and that such negligence was the cause of the injuries complained of in the petition.

3. The health care provider providing said written opinion is a medical doctor who is board certified in medicine and who is familiar with the medical records and reports relating to the care of Scott Surface rendered by the agents and employees of defendant Dr. John Clemens.

_____
Todd S. Hageman

State of Missouri    )
                     )
City of St. Louis    )

Subscribed and sworn to before me this 22 day of November, 2005.

*Felicia D Lueker*
Notary Public

My Commission Expires:

FELICIA D. LUEKER
Notary Public-Notary Seal
State of Missouri
St Louis County
My Commission Expires Jul 23, 2008

**Simon Passanante, P.C.**

By: _____
Todd S. Hageman   #51801~~ 44770
701 Market Street, Suite 1150
St. Louis, Missouri 63101
(314) 241-2929
(314) 241-2029 (fax)
Attorney for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the forgoing was sent via electronic mail on the 22 day of November, 2005 to the following:

John F. Kuckelman
John A. Strongman
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Misouri 64108

Beverly A. Creaghan
Armstrong Teasdale LLP
One Metropolitan Square, # 2600
St. Louis, MO 63102-2740

Colly J. Durley
Smith Lewis, LLP
111 South Ninth Street, #200
Columbia, MO 65201

Dr. Richard K. Bowers
Place of Business
Mis-Missouri Mental Health Center
3 Hospital Drive
Columbia, Missouri 65201

Nina M. Gussack
Andrew Rogoff
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103

_____
Todd S. Hageman