IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SCOTT SURFACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:05-cv-04341-NKL |
| vs. ) | |
| ) | |
| ELI LILLY & CO., INC., DR. JOSEPH ) | |
| SPALDING, DR. ANDREW RESNICK, ) | |
| DR. JOHN CLEMENS, and DR. ) | |
| RICHARD K. BOWERS, ) | |
| ) | |
| Defendants. ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by and hereby voluntarily dismisses Dr. Joseph Spalding, Dr. Andrew Resnick, Dr. John Clemens, and Dr. Richard K. Bowers, WITHOUT PREJEUDICE, in the above captioned case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Court enter an order of Voluntary Dismissal Without Prejudice for his action against Defendant, Dr. Joseph Spalding, Dr. Andrew Resnick, Dr. John Clemens, and Dr. Richard K. Bowers, only, and without prejudice.

Respectfully submitted,

By:  /s/ Todd S. Hageman
Todd. S. Hageman, #51801
Simon Passanante, PC
701 Market Street, Suite 1450
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029

and

1

                                              Kenneth T. Fibich
                                              Texas State Bar No. 06952600
                                              W. Michael Leebron
                                              Texas State Bar No. 12149000
                                              FIBICH, HAMPTON, LEEBRON, L.L.P.
                                              Five Houston Center
                                              1401 McKinney, Suite 1800
                                              Houston, Texas 77010-9998
                                              Phone: (713) 751-0025
                                              Fax: (713) 751-0030

                                              **ATTORNEYS FOR PLAINTIFF**
                                              **CONNIE SURFACE**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 28th day of November, 2005, a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on:

John F. Kuckelman
Andrew Bruce See
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
*Attorney for Defendant Eli Lilly & Co., Inc.*

Colly J. Durley
Smith Lewis LLP
111 South Ninth Street, Suite 200
P.O. Box 918
Columbia, MO 65205-0918
*Attorney for Defendants Dr. Andrew Resnick and Dr. Joseph Spalding*

Beverly A. Creaghan
Armstrong Teasdale LLP
One Metropolitan Square, # 2600
St. Louis, MO 63102-2740
*Attorney for Defendant John Clemens*

Dr. Richard K. Bowers
Mid-Missouri Mental Health Center
3 Hospital Drive
Columbia, Missouri 65201
*Defendant*

By: /s/ Todd S. Hageman
      Todd S. Hageman

      Attorneys for Plaintiffs